**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

THERON N. LYNCH,

                Plaintiff - Appellant,

   v.

ALAMEDA COUNTY; et al.,

                Defendants - Appellees.

No. 09-15192

D.C. No. 4:08-cv-05424-PJH

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Phyllis J. Hamilton, District Judge, Presiding

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

     Theron N. Lynch, a California state prisoner, appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action alleging that the abstract

of judgment for his sentence is incorrect and requires him to serve his full

sentence. We have jurisdiction under 28 U.S.C. § 1291. We review de novo.

---

     [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

     [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000).  We affirm.

The district court properly dismissed the action as *Heck*-barred because a judgment in Lynch's favor "would necessarily imply the invalidity of his . . . sentence," and Lynch has not demonstrated that his sentence has already been invalidated.  *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

**AFFIRMED.**